MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

CLAUDIA A. QUIROZ (CABN 254419)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:         (415) 436-7428
   Facsimile:         (415) 436-7027
   claudia.quiroz@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 14-MJ-71547-MAG |
| ) | |
| Plaintiff, ) | CORRECTED STIPULATED MOTION AND |
| ) | [~~PROPOSED~~] ORDER CONTINUING |
| v. ) | PRELIMINARY HEARING OR ARRAIGNMENT |
| ) | DATE AND WAIVING TIME UNDER SPEEDY |
| JOSHUA BARBA, ) | TRIAL ACT TO JUNE 25, 2015 |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

     With the agreement of the parties, and with the consent of the defendant, the Court enters this order pursuant to Federal Rule of Criminal Procedure 5.1(d) continuing the arraignment or preliminary hearing date for Defendant Joshua Barba to June 25, 2015, at 9:30 a.m. before the Honorable Donna M. Ryu.  Counsel for the defendant believes that postponing the preliminary hearing is in her client's best interest and that it is not in her client's best interest for the United States to present an indictment before

CASE NO. 14-MJ-71547-MAG
CORRECTED STIPULATED MOTION AND [PROPOSED] ORDER CONTINUING
PRELIMINARY HEARING OR ARRAIGNMENT

1  the current May 6, 2015 preliminary hearing date.  The parties agree that, taking into account the public
2  interest in prompt disposition of criminal cases, good cause exists for this extension.
3        Defendant also agrees to toll and to waive for this period of time any time limits applicable under
4  Title 18, United States Code, Section 3161.  The parties agree and stipulate that defense counsel needs
5  time to further investigate this matter, review discovery, and confer with the defendant, and that an
6  exclusion of time under the Speedy Trial Act for effective preparation of counsel is warranted pursuant
7  to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).  Undersigned defense counsel represents that she has spoken
8  with her client, and that Mr. Barba agrees to the continuance and to time being tolled and waived as
9  requested.

10        IT IS SO STIPULATED.

Respectfully submitted,

DATED:  April 22, 2015        MELINDA HAAG
United States Attorney

        /s/
CLAUDIA A. QUIROZ
Assistant United States Attorney

        /s/
ELLEN LEONIDA, AFPD
Attorney for Joshua Barba

IT IS SO ORDERED.

DATED:  4/22/15

HON. KANDIS A. WESTMORE
United States Magistrate Judge

CASE NO. 14-MJ-71547-MAG
CORRECTED STIPULATED MOTION AND [PROPOSED] ORDER CONTINUING
PRELIMINARY HEARING OR ARRAIGNMENT

2